E-FILED
Thursday, 21 May, 2026 02:34:07 PM
Clerk, U.S. District Court, ILCD

**IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| AMANDA C. VANDERBOEGH,<br>    Plaintiff,<br><br>v.<br><br>BIRKEY'S FARM STORE, INC.,<br>    Defendant. | Case No. 2:26-cv-2147 |

**Order**

The Plaintiff has filed a Complaint (D. 1) against Defendant, alleging employment discrimination under federal law. Now before the Court is the Plaintiff's Motion to Proceed IFP (D. 2).[1]

The Plaintiff moves to proceed IFP pursuant to 28 U.S.C. § 1915(a)(1). She submitted an affidavit signed under penalty of perjury which sufficiently demonstrates that she is unable to pay the costs of the proceeding. Her Motion to Proceed IFP (D. 2) is therefore GRANTED.

IT IS ORDERED:

1) The Clerk of the Court shall prepare for the Defendant: a notice of lawsuit and request to waive service of a summons; two copies of the waiver of the service of summons, one of which is to be signed by the Defendant or its counsel and returned to the Court within sixty days; and a copy of the Complaint and a copy of this Order. These items shall be mailed to the Defendant at the address shown on the Complaint.

---

[1] Citations to the electronic docket are abbreviated as "D. ___ at ECF p. ___."

1

2) This case is now in the process of service. The Plaintiff is advised to wait until counsel has appeared for the Defendant before filing any motions so that the Defendant has notice and an opportunity to respond to those motions. Motions filed before defense counsel has filed an appearance will generally be denied as prematurely filed.

3) The Plaintiff shall immediately notify the Court of any change in her mailing address or telephone number. The Plaintiff's failure to notify the Court of any change in mailing address or telephone number will result in dismissal of this lawsuit with prejudice.

*It is so ordered.*

Entered on May 20, 2026

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE

2